**380** FILDEW vs. CIRCUIT JUDGE (Mason), No. 14701.

To compel respondent to require the receiver of a banking institution to proceed against the former president, whom it is alleged has in his possession a large amount of the assets of said bank, or permit relator to proceed upon indemnifying the

receiver. A mandate was issued February 26, 1895, directing the circuit judge to permit relator to proceed in the name of the receiver, upon the execution of an indemnity bond to that officer, with sureties, to be approved by the circuit judge, with costs against Cartier, former president.